United States District Court
Southern District of Texas
**ENTERED**
September 12, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Brush Dentistry, PLLC, | § § § | |
| V. | § § | Civil Action No. H-16-3379 |
| Dr. Phuong Pham d/b/a Brush Dentistry, | § § § | |

### ORDER

Pending before the Court is the Motion for Leave to Withdraw as Counsel for Defendants (Document # 24). Having considered the motion, the applicable law and a hearing in open court, the Court determines that the foregoing motion should be denied. Accordingly, the Court hereby

ORDERS that the Motion for Leave to Withdraw as Counsel for Defendants (Document # 24) is DENIED.

Signed at Houston, TX on the __12__ day of September, 2017.

DAVID HITTNER
United States District Judge