United States District Court
Southern District of Texas
**ENTERED**
January 23, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Brush Denistry, PLLC, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION: 4:16-3379 |
| Dr. Phuong Pham, et al, | § § § | |
| Defendants. | § § | |

**ORDER**

A bench trial in the above referenced case is set for Monday, March 12, 2018 at 10:00 a.m., Courtroom 8-A, 515 Rusk, Houston, TX.

Signed this \_\_\_22\_\_\_ day of January, 2018.

_David Hittner_
David Hittner
United States District Judge